IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| Plaintiff, | ) ) No. 4:24 CR 83 JAR |
| v. | ) ) |
| RACHEL BURNS, | ) ) |
| Defendant. | |

## ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT

Comes now Defendant Rachel Burns, through her attorney, Eric M. Selig, Assistant Federal Public Defender, and states that he has no objections to the Presentence Investigation Report.

Respectfully submitted,

/s/Eric M. Selig
ERIC M. SELIG
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Eric_Selig@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Michael Hayes, Assistant United States Attorney.

/s/Eric M. Selig
ERIC M. SELIG
Assistant Federal Public Defender